UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FARHAN SIDDIQUI, | ) |
| Plaintiff, | ) Case No. 8:10-cv-00192-JFB-TDT |
| vs. | ) |
| SAGE CLIENT 307 LLC DBA HOLIDAY INN OMAHA, | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), the parties have jointly stipulated that all claims which were brought or which could have been brought in the above action by Plaintiff against Defendant are to be dismissed with prejudice, with each party to bear its own fees and costs.

WHEREFORE, IT IS HEREBY ORDERED that, in accordance with the parties' stipulation, this action is dismissed with prejudice, each party to bear its own fees and costs.

Dated this 5th day of January, 2011.

BY THE COURT:

*s/ Joseph F. Bataillon*
U.S. District Court Judge